# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| AMIR SOHAB and CHARLENE SOHAB  *<br><br>Plaintiffs,  *<br><br>v.  *<br><br>NASA FEDERAL CREDIT UNION  *<br><br>Defendant.  * | CIVIL CASE NO.: _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

NASA Federal Credit Union ("NASA"), Defendant, by its undersigned counsel, files this notice to remove an action pending against it in state court to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this removal, NASA states as follows:

1. On November 21, 2012 Amir Sohrab and Charlene Sohrab, (collectively hereafter, "Sohrab") commenced an action against NASA in the Circuit Court for Prince George's County, Maryland. That action bears the same title as above and is docketed in the Circuit Court of Maryland as Case No. CAL12-36947.

2. The action in state court is one over which this Court has original jurisdiction under 28 U.S.C. § 1331. It is removable to this Court pursuant to 28 U.S.C. § 1441(a), because this Court has original jurisdiction over the claims set forth in Counts I and II, which arise under the Equal Credit Opportunity Act, 15 USC § 1691(a), *et seq.* Complaint at ¶¶ 16-26.

3.	Pursuant to 28 U.S.C. § 1446(d), after the filing of this Notice, NASA will promptly give written notice thereof to Sohrab and will file a copy of this Notice with the Clerk of the Circuit Court for Prince George's County, Maryland.

4.	Copies of all process, pleadings and orders served upon NASA and the pleadings filed by NASA in the Circuit Court for Prince George's County including Complaint, Civil Non-Domestic Case Information Report, and Summons, Answer, Notice of Service of Discovery – Interrogatories, Notice of Service of Discovery – Request for Production of Documents and Things are attached hereto as required by 28 U.S.C. §1446(b). **Exhibit "A."**

5.	NASA was properly served with process on February 1, 2012.

6.	Accordingly, this removal has been filed within 30 days from service upon NASA on February 1, 2013.

/s/ Barry Bach
Barry Bach (Fed. Bar No.: 01795)
Pessin Katz Law, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
(410) 938-8800
(410) 832-5603 (facsimile)
bbach@pklaw.com
*Attorneys for*
*NASA Federal Credit Union*

## CERTIFICATION OF MAILING

I HEREBY CERTIFY that on this 25th day of February, 2013 a copy of the foregoing Notice of Removal was mailed via first-class mail, postage prepaid, to:

Ernest P. Francis
FR 3485
ENEST P. FRANCIS, LTD.
1655 North Fort Myer Drive
Suite 700
Arlington, Virginia 22209
*Attorney for Plaintiff*

_____
Barry Bach (Fed. Bar No.: 01795)