IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| AMIR SOHRAB<br>and<br>CHARLENE SOHRAB | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL CASE NO.: |
| NASA FEDERAL CREDIT UNION | * | 8:13-cv-00601 DKC |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Now come Amir Sohrab and Charlene Sohrab, Plaintiffs and NASA Federal Credit Union, Defendant, by their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and file this Stipulation of Dismissal with Prejudice of the captioned case and any and all claims set forth therein. Each side shall bear its own costs and attorney's fees.

*Ernest P. Francis* (signature)                          *Barry Bach* (signature)

Ernest P. Francis, Esquire                          Barry Bach
(Fed Bar No.: 12263)                                (Fed. Bar No.: 01795)
Ernest P. Francis, Ltd.                             Pessin Katz Law, P.A.
1655 North Fort Myer Drive                          901 Dulaney Valley Road
Suite 700                                           Suite 400
Arlington, Virginia 22209                           Towson, Maryland 21204
(703) 683-5696                                      (410) 938-8800
epfrancisltd@verizon.net                            bbach@pklaw.com
*Attorney for Plaintiffs*                           *Attorney for Defendant*

588237.1